EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 423-2016-00298 |

_____ and EEOC
State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.): Mr. Jason Alston
**Home Phone** (Incl. Area Code): (662) 289-4687
**Date of Birth**: 02-16-1981

**Street Address**: 223 Third Avenue
**City, State and ZIP Code**: Kosciusko, MS 39090

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: PRAIRIE FARMS DAIRY INC D/B/A/ LUVEL
**No. Employees, Members**: 101-200
**Phone No.**: (662) 289-2511
**Street Address**: 926 Highway 35 N., Kosciusko, MS 39090

RECEIVED NOV 11 2015 EEOC/JAO

**Name**: PRAIRIE FARMS DAIRY INC.
**Phone No.**: (217) 854-2547
**Street Address**: 1100 Broadway Street, Carlinville, IL 62626

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 11-05-2015
Latest: 11-05-2015
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired September 26, 2015 as a Cooler Worker. On November 5, 2015, I was discharged from my position.

Brad Hutchison, Supervisor Over the Cooler Area said the company wants to move forward without me. He was letting me go. No other reason was given when asked. He told me he did not have to give me a reason.

I believe that I have been discriminated against in retaliation for filing two previous charges of discrimination regarding his friend (Marty Price) who is employed at MDOT in violation of Title VII of the Civil Rights Act of 1964 as amended since:

Marty Price, MDOT Supervisor insisted that I resign from MDOT and go work for his really good friend (Brad Hutchinson) at Luvel. I believe they conspired or plotted to get me to quit MDOT and be

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 11, 2015
~~Nov 09, 2015~~
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>423-2016-00298 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

hired and fired before my 90 day probation was up.

Other supervisors at the Luvel plant said that I was a good worker and they would help me to move to another part of the plant after my 90 day probation. However, I was discharged for no reason.

RECEIVED
NOV 11 2015
EEOC/JAO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Nov 11, 2015 ~~Nov 09, 2015~~  [signature]<br>Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |