RECEIVED
NOV 27 2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JASON ALSTON                                                                                          PLAINTIFF

VS.                                                        CIVIL ACTION NO. 4:16- cv- 245-DMB-JMV

PRAIRIE FARMS DAIRY, INC
d/b/a LUVEL                                                                                          DEFENDANT

MOTION TO STRIKE

By: Jason Alston
    Plaintiff as Pro Se

Jason Alston

223 Third Avenue

Kosciusko, Mississippi, 39090

Email: babyheart1981@gmail.com

Telephone: 662-739-5301

1.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JASON ALSTON                                                                                    PLAINTIFF

VS.                                              CIVIL ACTION NO. 4:16- cv- 245-DMB-JMV

PRAIRIE FARMS DAIRY, INC
d/b/a LUVEL                                                                                     DEFENDANT

## MOTION TO STRIKE

COMES NOW, Plaintiff, Jason Alston, as pro se and without any undersigned counsel, and move this Court to strike the Defendant's Deposition of Jason Alston and all the Defendant's Declarations in Defendant's Summary Judgment and Defendant's Response in Opposition Plaintiff's Summary Judgment for the reason stated below:

1. Defendant has submitted to this Court Declarations in which none of these Declarations has a notary stamp, by an public notary proving to the plaintiff and this Court that the person signing, understanding what he or she is signing and/or is the actual person signing and not an supervisor nor attorney signing on his or her behalf.

2. Plaintiff is pro se and not including the full Deposition of Jason Alston is not fair game in this matter against two very experiences Attorney. This law firm has gone into cheat mode.

3. Finally, because of the simple nature of this Motion, the plaintiff further requests that the Court waive the requirement of a separate Memorandum of
   Law in support of this motion.

Wherefore, Plaintiff respectfully requests the court stricken Defendant's Deposition of Jason Alston and all the Defendant's Declarations from the record.

Respectfully Submitted this the 27th day of November, 2017.

_____
Jason Alston, Plaintiff

By: Jason Alston
    Plaintiff as Pro Se

2.

Jason Alston

223 Third Avenue

Kosciusko, Mississippi, 39090

Email: babyheart1981@gmail.com

Telephone: 662-739-5301

3.

## CERTIFICATE OF SERVICE

I, Jason Alston, as Pro Se, do hereby certify that I have this date mailed, by United States mail, a true and correct copy of everything list above to the following persons, at his/her last known address:

Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
Attorney Timothy W. Lindsay ( MS Bar No. 1262)
207 West Jackson Street - Suite 200
Ridgeland, MS, 39157

This the __27__ day of November, 2017.

Jason Alston, Plaintiff

4.