IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

JASON ALSTON                                                                          PLAINTIFF

VS.                                       CIVIL ACTION NO. 4:16- cv- 245-DMB-JMV

PRAIRIE FARMS DAIRY, INC

d/b/a LUVEL                                                         DEFENDANT

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S REBUTTAL IN FURTHER SUPPORT OF SUMMARY JUDGMENT

By: Jason Alston

    Plaintiff and Pro Se

Jason D. Alston

223 Third Avenue

Kosciusko, Mississippi, 39090

Telephone: 662-739-5301

Email: babyheart1981@gmail.com

1.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JASON ALSTON  PLAINTIFF
VS.  CIVIL ACTION NO. 4:16- cv- 245-DMB-JMV
PRAIRIE FARMS DAIRY, INC
d/b/a LUVEL  DEFENDANT

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S REBUTTAL IN FURTHER SUPPORT OF SUMMARY JUDGMENT

COMES NOW, PLAINTIFF, Jason D. Alston, proceeding pro se, and files and submits his opposition to Defendant's Rebuttal in Further support of Summary Judgment and for the following reasons set forth below is why this Court should denied Defendant's Motion for Summary Judgment:

1. There is a genuine issue of material fact in this case that preclude the entry of a judgment as a matter of law. (See Exhibit A 1-5, Exhibit B, Exhibit C, Exhibit D 1-168 of "Plaintiff's Motion for Judicial Notice of Documents").
2. The Defendant is withholding video footage from October 26, 2015 to November 04, 2015 that will resolve the issue on rather plaintiff's work performance was poor, as the Defendant is now alleging and are the Defendant's Witnesses name in each Declaration it now come forth with is telling the truth or perjury there self in this Court.
3. The Declarations are not notarize, so anyone could have signed on each person behalf.
4. Plaintiff has submitted to this Court in Declaration of Plaintiff's Witness, these people are Prairie Farm Dairy Current Workers saying something totally different from what the Defendant's Witnesses are alleging.
5. Plaintiff is further requesting once this Honorable Court sort out who has perjury themselves in this Court, plaintiff is request the max penalty be given to that person and/ or persons to deter this type behavior in the future.

6. Finally, because of the simple nature of this Motion, the plaintiff further requests that the Court waive the requirement of a separate Memorandum of Law in support of this motion.

**Wherefore,** Plaintiff respectfully requests the court to Deny Defendant's Motion for Summary Judgment.

Respectfully submitted this the ___1___ day of December, 2017.

*/s/ Jason Alston*
Jason Alston, Plaintiff

By: Jason Alston
    Plaintiff as Pro Se

Jason Alston

223 Third Avenue

Kosciusko, Mississippi, 39090

Email: babyheart1981@gmail.com

Telephone: 662-739-5301

3.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

RECEIVED
DEC 01 2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

JASON ALSTON                                                             PLAINTIFF

VS.                          CIVIL ACTION NO. 4:16- cv- 245-DMB-JMV

PRAIRIE FARMS DAIRY, INC

d/b/a LUVEL                                                    DEFENDANT

PLAINTIFF'S OPPOSITION TO DEFENDANT'S REBUTTAL IN

FURTHER SUPPORT OF SUMMARY JUDGMENT

By: Jason Alston

    Plaintiff and Pro Se

Jason D. Alston

223 Third Avenue

Kosciusko, Mississippi, 39090

Telephone: 662-739-5301

Email: babyheart1981@gmail.com

1.

CERTIFICATE OF SERVICE

I, Jason Alston, as Pro Se, do hereby certify that I have this date mailed, by United States mail, a true and correct copy of everything list above to the following persons, at his/her last known address:

Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
Attorney Timothy W. Lindsay ( MS Bar No. 1262)
207 West Jackson Street - Suite 200
Ridgeland, MS, 39157

This the __1__ day of December, 2017.

_____
Jason Alston, Plaintiff

4.