**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JASON ALSTON**                                                                            **PLAINTIFF**

**V.**                                                 **CIVIL ACTION NO. 4:16-cv-245-DMB-JMV**

**PRAIRIE FARMS DAIRY, INC. d/b/a LUVEL**                           **DEFENDANT**

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

COMES NOW, Defendant Prairie Farms Dairy, Inc., formerly LuVel ("Defendant" or "Prairie Farms"), and files this Motion for Extension of Time to File a Response in Opposition to Objections to Evidences and Declarations Submitted in Support of Defendant's Motion for Summary Judgment (Doc. 47) and Plaintiff's Motion to Strike (Doc. 52). In support of this motion, Prairie Farms would show unto this Court the following:

1. On November 20, 2017, Plaintiff filed its Objections to Evidences and Declarations Submitted in Support of Defendant's Motion for Summary Judgment (Doc. 47).

2. On November 27, 2017, Plaintiff filed its Motion to Strike (Doc. 52).

3. Defendant's respectfully request that the Court extend the response time seven (7) days allowing the Defendant until December 11 to provide a combined response to the Objections to Evidences and Declarations Submitted in Support of Defendant's Motion for Summary Judgment and Plaintiff's Motion to Strike.

WHEREFORE, THESE PREMISES CONSIDERED, Defendant respectfully requests that this Honorable Court grant them leave to file Defendant's Response in Opposition to Plaintiff's Objections to Evidences and Declarations Submitted in Support of Defendant's

Motion for Summary Judgment, and that this Court grants such other, further and different relief as this Court deems fair and just.

 THIS, the 4th of December, 2017.

        Respectfully submitted,

        */s/ Timothy W. Lindsay*_____
        Timothy W. Lindsay (MS Bar No. 1262)
        timothy.lindsay@ogletreedeakins.com
        Blythe K. Lollar (MS Bar No. 104554)
        blythe.lollar@ogletreedeakins.com
        OGLETREE, DEAKINS, NASH, SMOAK
        & STEWART, P.C.
        207 West Jackson Street, Suite 200
        Ridgeland, Mississippi 39157
        Telephone: (601) 360-8444
        Facsimile: (601) 360-0995

        **ATTORNEYS FOR DEFENDANT**
        **PRAIRIE FARMS DAIRY, INC.,**
        **FORMERLY LUVEL**

## CERTIFICATE OF SERVICE

I, Timothy W. Lindsay, the undersigned counsel, certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jason Alston
223 Third Avenue
Kosciusko, MS 39090
Telephone: 662-289-4687

*Pro S*e **Plaintiff**

THIS, the 4th of December, 2017.

*/s/ Timothy W. Lindsay*
Timothy W. Lindsay

32216902.1