RECEIVED
DEC 01 2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JASON ALSTON                        PLAINTIFF

VS.                  CIVIL ACTION NO. 4:16- cv- 245-DMB-JMV

PRAIRIE FARMS DAIRY, INC

d/b/a LUVEL                        DEFENDANT

## PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF DOCUMENTS

By: Jason Alston
    Plaintiff and Pro Se

Jason D. Alston
223 Third Avenue
Kosciusko, Mississippi, 39090
Telephone: 662-739-5301
Email: babyheart1981@gmail.com

1.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JASON ALSTON**                                                      **PLAINTIFF**

**VS.**                        **CIVIL ACTION NO. 4:16- cv- 245-DMB-JMV**

**PRAIRIE FARMS DAIRY, INC**

**d/b/a LUVEL**                                                  **DEFENDANT**

### PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF DOCUMENTS

COMES NOW, PLAINTIFF, Jason D. Alston, proceeding pro se, and respectfully move the Court to allow him to take Judicial Notice for the reasons set forth below.

1. Pursuant to Fed. R. Evid. 201(d) The court may take judicial notice at any stage of the proceeding.

2. Pursuant to Fed. R. Evid. 201 (b) (2) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it: can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

3. The Missing pages are included of Deposition of Jason Alston for the record to see all the facts that the Defendant's Attorney intentionally left out in an attempt to mislead and / or undermine this Court.

2.

4. Alston requests for judicial notice of the following documents:

   *1. Declaration of Plaintiff witness Exhibit "A" (1-5);*

   *2. Fact Finding MDES (Exhibit "B");*

   *3. Notice to Employer of Claims Determination Decision ( Exhibit "C");*

   *4. Deposition of Jason Alston  1 - 168 pages (Exhibit "D")*

5. Finally, because of the simple nature of this Motion, the plaintiff further request that the Court waive the requirement of filing of a separate Memorandum of law in support of this Motion.

   For the above stated reasons, Plaintiff prays this Motion is granted.

   Respectfully submitted this the ____1____ day of December, 2017.

   */s/ Jason D. Alston*

   Jason D. Alston, Plaintiff

By: Jason D. Alston

Plaintiff as Pro Se


Jason Alston

223 Third Avenue

Kosciusko, Mississippi, 39090

Email: babyheart1981@gmail.com

Telephone: 662-739-5301

3.

CERTIFICATE OF SERVICE

I, Jason Alston, as Pro Se, do hereby certify that I have this date mailed, by United States mail, a true and correct copy of everything list above to the following persons, at his/her last known address:

Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
Attorney Timothy W. Lindsay ( MS Bar No. 1262)
207 West Jackson Street - Suite 200
Ridgeland, MS, 39157

       This the _____1_____ day of December, 2017.

                                    Jason Alston, Plaintiff

4.