## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

JASON ALSTON                                                                 PLAINTIFF

V.                                                          NO. 4:16-CV-245-DMB-JMV

PRAIRIE FARMS DAIRY, INC.
d/b/a Luvel                                                                  DEFENDANT

### ORDER DENYING EXTENSION

On December 4, 2017, Prairie Farms Dairy filed a "Motion for Extension of Time to File a Response in Opposition to Objections to Evidences and Declarations Submitted in Support of Defendant's Motion for Summary Judgment (Doc. 47) and Plaintiff's Motion to Strike (Doc. 52)." Doc. #55.  In the motion, Prairie Farms Dairy requests that the Court "extend the response time seven (7) days … until December 11 to provide a combined response …."  *Id*.

Rule 6(b) of the Federal Rules of Civil Procedure provides, in relevant part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … with … motion … if a request is made … before the original time or its extension expires …." While this standard is not onerous, "a party must demonstrate *some justification* for the issuance of the extension."  4B Fed. Prac. & Proc. Civ. § 1165 (4th ed.) (emphasis added).  Because Prairie Farms Dairy has failed to offer any justification for its request to extend the response deadline to December 11, 2017, its motion for extension [55] is **DENIED**.

**SO ORDERED**, this 5th day of December, 2017.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**