# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**JASON ALSTON**                                                                      **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO.: 4:16-cv-245-DMB-JMV**

**PRARIE FARMS DAIRY, INC. d/b/a LUVEL**                          **DEFENDANT**

_____

## ORDER DENYING MOTION TO RECUSE OR DISQUALIFY
_____

This matter is before the Court on the motion of Plaintiff to Recuse or Disqualify the undersigned Magistrate Judge. The Court, having considered the same, finds, on the bases of the applicable authority and for the same reasons set forth in the opinion of District Court Judge Debra M. Brown [Doc. #147], that the motion is wholly without merit.

Accordingly, the Plaintiff's Motion for Recusal [120], in so far as it relates to the undersigned, is hereby **DENIED**.

**SO ORDERED** this, October 2, 2018.

/s/ Jane M. Virden_____
**UNITED STATES MAGISTRATE JUDGE**